UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARWIN ISMAEL GOMEZ
BETANCOURTH,

            Petitioner,

     v.

WARDEN CALIFORNIA CITY
CORRECTIONAL CENTER, et al.,

            Respondents.

No. 1:26-cv-03709-DAD-CKD

ORDER GRANTING RESPONDENTS'
REQUEST TO EXTEND TIME TO FILE
OPPOSITION TO PETITIONER'S MOTION
FOR TEMPORARY RESTRAINING ORDER

(Doc. No. 6)

On May 14, 2026, petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) That same day, petitioner filed a motion for temporary restraining order requesting expedited consideration of his petition for writ of habeas corpus and requesting that the court order that he not be transferred in order for the court to retain jurisdiction. (Doc. No. 2.) Also on May 14, 2026, the court set a briefing schedule as to petitioner's motion for a temporary restraining order and directed respondent to file an opposition to petitioner's motion for temporary restraining order no later than 5:00 P.M. on Monday, May 18, 2026. (Doc. No. 4.) On May 18, 2026, respondents filed a request to extend the deadline for the opposition by seven days because respondents are attempting to acquire documentation

/////

1

regarding whether petitioner is subject to a final removal order in order to challenge petitioner's allegation that he is not subject to a final removal order (Doc. No. 1 at 5).  (Doc. No. 6 at 1.)

Good cause appearing, respondents' request to extend time (Doc. No. 6) is GRANTED and the deadline to file an opposition to petitioner's motion for temporary restraining order is extended from May 18, 2026, to May 25, 2026.  **No further extensions of time will be granted in this regard absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **May 19, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE